PROB 12C
(6/16)

Report Date: April 11, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jesus Antonio Mirelez | Case Number: | 0980 1:22CR02099-SAB-1 |
| Address of Offender: | ▓▓▓▓▓▓▓▓▓▓▓ Zillah, Washington 98953 | | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 5, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | | |
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: | July 21, 2023 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: | July 20, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On July 31, 2024, the supervised release conditions were reviewed and signed by Mr. Mirelez acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  Mr. Mirelez is alleged to have violated his conditions of supervised release by being arrested and charged with drive by shooting on April 10, 2024.<br><br>According to Toppenish Police Department (TPD) narrative report 24P1848, on April 10, 2024, the TPD received a report of shots fired from a moving vehicle in the area of Satus Avenue and South "K" Street. The reporting person (RP) showed the TPD officers surveillance footage of a white Honda Accord with temporary registration approaching Satus Avenue from North "L" Street at a high rate of speed. The front passenger was seen pulling out a silver revolver and firing multiple shots into the air while the car was moving.<br><br>While reviewing the surveillance video, TPD officers received additional calls of shots fired in the area. The shots appeared to be getting closer to their location. As a TPD officer was getting into his patrol car, he saw the same vehicle on the surveillance footage speed past his marked unit. The officer was able to identify the driver and the front passenger, who was wearing the same clothes as the shooter in the video. The TPD officer turned on his lights and siren and initiated a pursuit. |

Prob12C
Re: Mirelez, Jesus Antonio
April 11, 2024
Page 2

The suspect vehicle turned left onto North Meyers Road and continued heading north into Zillah, Washington, at speeds of up to 80 miles per hour (mph). The vehicle failed to stop at a red light and continued to increase its speed. The front passenger threw a silver and black gun out of the window, and it landed on the Zillah Cemetery lawn. The suspect vehicle then turned onto Cheyne Road, and the passenger threw three black rubber gloves out of the window.

The suspect vehicle continued west on Yakima Valley Highway (YVH) without stopping at a stop sign. The TPD sergeant advised to terminate the pursuit, and the TPD officer pulled over on the side of the road, turned off his lights and sirens, and drove back to the Zillah Cemetery. The TPD officer found the gun that the front passenger had thrown out of the window. It was a .357 Ruger Magnum revolver, matching the description provided by the RP.

The TPD officer secured the revolver, picked up the gloves, and detailed the city where he located three empty .357 Federal Magnum casings at North "G" Street and Lincoln Avenue, 16 North "G" Street, and 24 North G Street. The gun and all three casings with the gloves were processed as evidence.

According to Yakima County Sheriff's Office (YSO) narrative report 24C05253, on April 10, 2024, at approximately 1825 hours, a YSO deputy was on patrol for YSO in full uniform in a fully marked patrol vehicle when he was monitoring his police radio and heard TPD officer advise he was in pursuit of a suspect vehicle which was involved in a drive-by shooting in their city. As the YSO deputy continued to listen to the TPD officer, he heard the suspect vehicle, which was later identified as a white Honda Accord (WA/ Temporary tag A7139800), was now traveling northbound on North "L" Street/North Meyers Road toward the City of Zillah.

A YSO deputy was at the Yakima County Sheriff's Office Precinct 3 near Zillah, Washington, when he asked dispatch to check if TPD needed assistance. The YSO deputy heard the TPD officer advise the suspect was in Zillah traveling northbound on Cheyne Road. The YSO deputy responded to the City of Zillah and advised the YSO sergeant of the incident. The YSO deputy proceeded east on Yakima Valley Highway. As he neared Cheyne Road, he observed the suspect vehicle eluding Zillah police and failing to stop at the intersection of Cheyne Road and Yakima Valley Highway. The suspect vehicle turned westbound on YVH toward his direction. The YSO deputy pulled over to the side and made a U-turn after the suspect vehicle passed his vehicle.

The YSO deputy followed the pursuit as the third patrol vehicle. However, TPD pulled over to the side, making him the second patrol vehicle directly behind the Zillah Police Department (ZPD) officer. The ZPD officer called out the pursuit as it continued westbound. Traffic was light, and speeds varied from 70 to 115 miles per hour. The YSO Sergeant coordinated a plan to end the pursuit and told the YSO detective to deploy spike strips. The YSO detective was ahead of the pursuit near the intersection of Yakima Valley Highway and Parker Bridge Road. As they approached the YSO detective's location, the YSO deputy observed him deploy the spike strips successfully. It appeared the suspect vehicle attempted to avoid the spike strips by veering to the right, though it failed to avoid them and consequently drove off to the right side of the roadway. It appeared the suspect vehicle collided as the YSO deputy observed a large cloud of dirt arise from where he last saw the vehicle.

Prob12C
# Re: Mirelez, Jesus Antonio
**April 11, 2024**
Page 3

Once the dust cloud settled, the YSO deputy confirmed the suspect vehicle had collided and was on the north side of the roadway facing southeast. The YSO deputy saw the suspect vehicle sustained heavy front-end damage. The YSO deputy hurried out of his vehicle and joined the ZPD officer, who was standing near the driver's side of his patrol vehicle. The YSO deputy drew his department-issued firearm and pointed it toward the vehicle's driver as they conducted a high-risk felony traffic stop.

The YSO deputy observed three male occupants inside the vehicle; they were later identified as Robert Juarez (driver), Jesus Mirelez (front passenger), and Mithras Hart (right rear passenger). All occupants were visibly injured and were not quick to follow instructions. After ordering the subjects out of the vehicle several more times, Mithra complied. He opened the right rear door and fell to the ground face-first. The YSO deputy saw that Mithras was bleeding profusely from his face. They ordered Mithras to walk toward their vehicles, but he stated he could not. Jesus Mirelez exited the vehicle next, but the front passenger door was jammed, so he crawled out of the right rear passenger door. Once both Jesus Mirelez and Mithras Hart were detained, they approached the vehicle and had to physically extricate Robert Juarez from the driver's seat because he claimed he could not get out.

Jesus Mirelez began complaining that he was unable to breathe. The YSO deputy told a firefighter about this and removed him from the patrol vehicle. Jesus Mirelez' wife had arrived on the scene and was parked on the side of the road. Jesus Mirelez began pulling his right hand to his chest in what the YSO deputy believed was an attempt to break his handcuffs. Jesus Mirelez was put in a modified recovery position. While speaking to Jesus Mirelez, the YSO deputy could smell the odor of intoxicants coming from his person.

The firefighter on scene began treating Jesus Mirelez. He touched Jesus Mirelez' chest on an initial assessment, at which point Jesus Mirelez grabbed the firefighter's hand and squeezed it. Fearing for the firefighter's safety, the YSO deputy put Mirelez' hand into a gooseneck-style hold and held it behind his back. Right after this, Jesus Mirelez began squeezing his hand, at which point the YSO deputy put more pressure on the gooseneck hold. Trying to de-escalate the situation, the YSO deputy motioned for Jesus Mirelez' wife to come over and talk to him, which she did. The YSO deputy did his best to keep Jesus Mirelez comfortable as he had labored breathing.

The YSO deputy stood by as aid tended to Jesus Mirelez. His wife scolded Jesus Mirelez about drinking and driving, at which point the YSO deputy told her that the initial call was for a shooting. The YSO deputy told her they were driving around Toppenish and shooting some rounds. Jesus Mirelez said, "No, we got shot at." His wife said, "Is it because of your red bandana," Jesus Mirelez was wearing around his neck, at which point he said, "I think so." The YSO deputy asked Jesus Mirelez if he called 911 and reported being shot at, at which point he said he did. Jesus Mirelez said they called from "Nominance," which the YSO deputy determined to be an attempt at the word "Anonymous."

After the three occupants were detained, medics were advised that the scene was secure, and they could proceed to check on the suspect's injuries. The three suspects were later transported to Yakima Memorial Hospital for further treatment. A TPD detective later arrived on the scene and was advised on whom the occupants were and where they were sitting. TPD took over the investigation; however, the YSO traffic unit assisted with the collision investigation.

Prob12C
Re: Mirelez, Jesus Antonio
April 11, 2024
Page 4

|   |   |   |
|---|---|---|
|   |   | On April 10, 2024 at approximately 10:31 p.m., Jesus Mirelez was booked into Yakima County Jail for drive-by shooting and unlawful possession of a firearm. |
| 2 |   | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Mirelez is alleged to have violated his conditions of supervised release by being arrested and charged with unlawful possession of a firearm, on April 10, 2024.

Please refer to narrative in Violation #1.

3   **Special Condition #7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Mirelez is alleged to have violated his conditions of supervised release for consuming alcohol, on or about April 10, 2024.

Please refer to narrative in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 11, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Stanley A. Bastian

Signature of Judicial Officer

4/12/2024
Date