PROB 12C
(6/16)

Report Date: April 29, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesus Antonio Mirelez | Case Number: 0980 1:22CR02099-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮, Zillah, Washington 98953 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: April 5, 2023 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A Baunsgard | Date Supervision Commenced: July 21, 2023 |
| Defense Attorney: Wayne C Fricke | Date Supervision Expires: July 20, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 11, 2024.

On July 31, 2023, the supervised release conditions were reviewed and signed by Mr. Mirelez acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1:** You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Mr. Mirelez is considered to be in violation of his supervised release conditions by being arrested and charged with conspiracy to launder money, per indictment, docket number 1:24CR02027-SAB, filed on April 17, 2024.<br><br>Per the indictment filed on April 17, 2024, on or about June 2023, and continuing until April 17, 2024, in the Eastern District of Washington, and elsewhere, the defendant, Jesus Antonio Mirelez (a/k/a "Dizzy"), and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other to conduct an attempt to conduct financial transactions, this is: transactions involving the movement of funds by wire and other means affecting interstate and foreign commence and transactions involving the use of a financial institution which is engaged in and affects interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is, a continuing criminal enterprise (in violation of 21 U.S.C. § 848) and a conspiracy to distribute controlled substances (in violation of 21 U.S.C. § 846), to promote the carrying on of a specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A) (I). |

Prob12C
**Re: Mirelez, Jesus Antonio**
**April 29, 2024**
**Page 2**

        The Grand Jury further alleged this offense was committed during and in furtherance of the continuing criminal enterprise as charged in count 1: conspiracy to distribute controlled substances as charged in counts 2-15 and count 13, above, all in violation of 18 U.S.C. § 1956(h).

5      **Mandatory Condition #1:** You must not commit another federal, state or local crime.

        **Supporting Evidence:** Mr. Mirelez is considered to be in violation of his supervised release conditions by being arrested and charged with felon in possession of a firearm, per indictment, docket number 1:24CR02027-SAB, filed on April 17, 2024.

        Per the indictment filed on April 17, 2024, on or about April 10, 2024, in the Eastern District of Washington, the defendant, Jesus Antonio Mirelez (a/k/a "Dizzy"), knowing of his status as person previously convicted of a crime punishable by imprisonment for a term exceeding 1 year, did knowingly possess in and affecting commerce, a firearm, to wit: a Ruger Model SP101.357 caliber revolver, bearing serial number 57141724, which firearm had therefore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

        Please refer to narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 29, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
**Re: Mirelez, Jesus Antonio**
**April 29, 2024**
Page 3

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

5/2/2024
Date